fatally shot in chest four times while interrrupting burglary); *State* v. *Donahue*, 141 Conn. 656, 659, 109 A.2d 364 (1954), appeal dismissed, cert. denied, 349 U.S. 926, 75 S. Ct. 775, 99 L. Ed. 1257 (1955) (State Police Officer Ernest J. Morse fatally shot during routine traffic stop); *State* v. *Chapman*, 103 Conn. 453, 130 A. 899 (1925) (New Britain Police Officer James Skelly fatally shot while intercepting burglary). The majority's refusal to reconsider its decision leaves Connecticut's officers, in particular, bereft of the death penalty's protection.

We ask our police to enter dangerous places for our protection. I believe we owe them, at the least, a careful reconsideration of this decision.

Decided May 31, 2000

ROBERT RABOIN *v.* NORTH AMERICAN INDUSTRIES, INC., ET AL.

*William H. Narwold* and *Peter W. Hull*, in support of the petition.

*Ron Murphy*, in opposition.

Decided September 14, 2000

IGOR BORIS ET AL. *v.* GARBO LOBSTER COMPANY, INC., ET AL.

*Richard S. Cody*, in support of the petition.